## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Lazaro Manuel Rodriguez, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No: 17-cv-23563-UU |
| | * | |
| Andrew Hague, in his official capacity as County Criminal Court Judge of Florida's 11th Judicial Circuit; Harvey Ruvin, in his official capacity as Clerk of the Courts for Miami-Dade County; Richard Swearingen, in his official capacity as Commissioner of the Florida Department of Law Enforcement, | * | |
| Defendants. | * | |

### PLAINTIFF'S UNCONTESTED MOTION TO STAY THE PLEADINGS AND DISCOVERY AND SET A BRIEFING SCHEDULE

Plaintiffs respectfully move this Court for (1) a stay of the pleadings and discovery, including the FRCP 16 scheduling conference currently scheduled for December 1, 2017, until the Court decides Defendants' forthcoming motions to dismiss; and to (2) set a briefing schedule for the motions to dismiss.

In support of this motion, Plaintiffs state as follows:

1. Defendants have waived service of summons. Pursuant to FRCP 4(d), Defendants have until November 28, 2017, to file their Answers to Plaintiff's Complaint.

2. The Court has set a deadline of November 17, 2017, to file their Joint Planning and Scheduling Report, and the Court has scheduled a Rule 16 Initial Planning and Scheduling Conference for December 1, 2017. (ECF No. 7.)

3. The parties have conferred to discuss Plaintiff's lawsuit, and are nearing an agreement that may resolve Plaintiff's claims against Defendants Ruvin and Swearingen. If the parties are unable to reach an agreement, counsel for Defendants Ruvin and Swearingen have expressed that they expect to file motions to dismiss by the November 28, 2017 Answer deadline.

4. Counsel for Defendant Hague has also expressed that he expects to file a motion to dismiss by the November 28, 2017, Answer deadline.

5. If defense counsel files motions to dismiss as expected, Plaintiff's responses will be due 14 days later, on December 12, 2017.

6. Lead counsel for Plaintiff has disclosed to Defendants that he will begin parental leave on December 1, 2017, and will return to work on January 8, 2018.

7. The parties agree that the issues presented are largely legal in nature, and will require minimal discovery.

8. The parties agree that judicial economy will be best served by staying any necessary, and likely limited, discovery in this case until after Plaintiff and Defendants Ruvin and Swearingen determine if they can reach a resolution, and after the Court decides Defendants' motions to dismiss.

9. Plaintiff, with the agreement of Defendants, therefore proposes the following:

    a. that the Court stay pleadings and discovery in this matter, including the December 1, 2017, scheduling conference, until after the Court decides Defendants' motions to dismiss;

    b. that the Court set a briefing schedule as follows:

        i. November 28, 2017: Defendants' Motions to Dismiss

        ii. January 29, 2018: Plaintiff's Response

        iii. February 5, 2018: Defendants' Replies

WHEREFORE, Plaintiff respectfully requests that this Court grant his Uncontested Motion to Stay the Pleadings and Discovery and Set a Briefing Schedule.

Date: November 16, 2017

    Respectfully submitted,

    _s/ *Jacqueline Nicole Azis*_
    Jacqueline Nicole Azis
    Florida Bar #101057
    Nancy G. Abudu
    Florida Bar #111881
    ACLU Foundation of Florida, Inc.
    4343 West Flagler St., Suite 400
    Miami, FL 33134
    786-363-2714 (phone)
    786-363-1257 (fax)
    nabudu@aclufl.org
    jazis@aclufl.org

    Brandon J. Buskey*
    Ezekiel Edwards*
    American Civil Liberties Union Foundation
    Criminal Law Reform Project
    125 Broad Street, 18th Floor
    New York, NY  10004
    212-284-7364
    bbuskey@aclu.org
    eedwards@aclu.org
    * Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Uncontested Motion to Stay the Pleadings and Discovery and Set a Briefing Schedule and the proposed Order was served this 16th day of November, 2017, via the Court's CM/ECF electronic filing system on John J. Bajger, counsel for Defendants Hague and Swearingen, and Eileen Ball Mehta and Luis Montaldo, counsel for Defendant Ruvin.

      s/ *Jacqueline Azis*
      Jacqueline Azis (#101057)