UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23563-UU

LAZARO MANUEL RODRIGUEZ,

    Plaintiff,
v.

ANDREW HAGUE, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Uncontested Motion to Stay the Pleadings and Discovery and Set a Briefing Schedule (the "Motion"). D.E. 10.

THE COURT has considered the Motion and is otherwise fully advised of the premises.

In his Motion, Plaintiff requests that the Court stay the pleadings in this case due to the fact that his lead counsel "will begin parental leave on December 1, 2017" and will not "return to work [until] January 8, 2018." According to Plaintiff, the Defendants will likely file a motion to dismiss. Given that the Answer deadline is November 28, 2017, Plaintiff's response to any such motions will be due on December 12, 2017, while Plaintiff's lead counsel is on paternity leave. Plaintiff therefore requests that the Court stay the pleadings and set a briefing schedule requiring Plaintiff to respond to any motions to dismiss by January 29, 2018, over two months after the deadline for filing a motion to dismiss. However, the Plaintiff is represented by the American Civil Liberties Union ("ACLU"), a national organization with hundreds of lawyers at their disposal. Under these circumstances, there is no need for a one and a half month extension for the filing of a response to any motion to dismiss that may be filed in this case.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 10, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of November, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record via cm/ecf