

IN THE COUNTY COURT OF THE ELEVENTH
JUDICIAL CIRCUIT OF FLORIDA IN AND FOR
MIAMI-DADE COUNTY

COUNTY COURT DIVISION

CASE NUMBER: M16 001296
SECTION: CA
JUDGE: ANDREW S. HAGUE

THE STATE OF FLORIDA,
   Plaintiff,

vs.

Lazaro Rodriguez
   Defendant
_____/

ORDER CERTIFYING NO INCARCERATION

1. The Court hereby certifies that it will not impose any period of incarceration upon the defendant if there is a finding of guilt, a plea of guilty or nolo contendere on the substantive charge(s), or any probation revocation in this case.

2. The Court hereby finds that the Defendant is not incarcerated in this case.

3. Accordingly,

   ( ) The Court declines to appoint counsel in this case.

   (X) The Court having found that the Defendant will not be substantially prejudiced by the discharge of appointed counsel, counsel is discharged in this case.

   ( ) The Court finds that the Defendant would be substantially prejudiced by the discharge of appointed counsel and, therefore, the Court will not discharge counsel in this case.

   ( ) The Court finds that this case is set for trial within 15 days of the date of this order and, therefore, the Court will not discharge counsel in this case, pursuant to Florida Rule of Criminal Procedure 3.111(b)(1).

4. This certification of no incarceration may be withdrawn by the court after notice to the Defendant unless the Court has made a finding of guilt or the Defendant has pled guilty or nolo contendere.

5. If this order certifying no incarceration is withdrawn after appointed counsel has been discharged pursuant to this order, there shall be an immediate redetermination of indigency and appointment of counsel.

DONE and ORDERED in Miami-Dade County, Florida, this 18th day of Feb, 20 16.

ANDREW FEB 18 2016
County Court Judge

Andrew S. Hague
County Court Judge

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
Original on file in this office OCT 18 2017 20___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

Barbara Glass
158315
Deputy Clerk of the Circuit Court
of the Eleventh Judicial Circuit of
Florida in and for Miami-Dade County